**STATE of Missouri, Respondent,**

v.

**Lavaris Walker ROGERS, Appellant.**

**No. ED 96564.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 12, 2012.

Matthew M. Ward, Columbia, MO, for appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, J. and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

Lavaris Rogers appeals the judgment entered upon a jury's verdict convicting him of seven counts of first-degree robbery and seven counts of armed criminal action. We find the trial court did not err in overruling Rogers' motion to suppress the witnesses' identifications of him. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).